UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Justin Collins

    v.                                                Case No. 26-cv-209-LM-AJ

Vanessa Fang, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 27, 2026. For the reasons explained therein, Collins's complaint is dismissed. The clerk shall enter judgment and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                       _____
                                       Landya B. McCafferty
                                       United States District Judge

Date: April 29, 2026

cc:  Justin Collins, pro se